

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEAVER BROS. INSURANCE ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JACQUELINE BRAUNSTEIN *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 2:11-cv-05407-JHS ) ) ) ) ) ) |

**FILED**
SEP 18 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

Upon consideration of defendants Jacqueline Braunstein, Micah Braunstein, Isaiah Jones, and Tayler Mayne's Consent Motion to Approve Settlement, it is hereby

**ORDERED**, pursuant to Local Rule 41.2, that defendants' motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the settlement is approved.

**SO ORDERED**.

BY THE COURT:

Dated: September 18, 2014

Joel Slomsky
JOEL H. SLOMSKY
United States District Judge

**ENTERED**
SEP 1 8 2014
CLERK OF COURT

xc USCA